IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Case No. 2:23-cv-07155-BWA-DPC

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ANNADELE, INC. d/b/a ANNADELE'S
PLANTATION,

    Defendant.

## MOTION FOR CLERK'S DEFAULT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby moves for entry of a default by the Clerk against defendant Annadele, Inc. d/b/a Annadele's Plantation ("Defendant"), and in support thereof states as follows:

1. On December 4, 2023, Plaintiff filed its Complaint in this action.

2. On December 6, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E. 5.

3. Defendant's response/answer to the Complaint was due on December 27, 2023.

4. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

5. Attached to this Motion as Exhibit "A" is a proposed default for entry by the Clerk.

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter a default against Defendant and for such other and further relief as the Court deems proper under the circumstances.

| | |
|---|---|
| Dated: January 3, 2024. | /s/ *John E. W. Baay II*<br>John E.W. Baay II (LA Bar 22928)<br>GIEGER, LABORDE & LAPEROUSE, LLC<br>701 Poydras Street<br>Suite 4800<br>New Orleans, LA 70139<br>Tel: 504.561.0400<br>jbaay@glllaw.com<br>ATTORNEY FOR PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICATIONS CO., INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ *John E. W. Baay II*