UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 2:23-cv-07155-BWA-DPC

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ANNADELE, INC. d/b/a ANNADELE'S
PLANTATION,

    Defendant.

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") makes the following disclosures:

1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?

    [ X] Yes [ ] No

    If "No," proceed to Question 2. If "Yes," respond to the following:

    a. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or

    b. State that there is no such corporation.

No such corporation.

2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?

[ ] Yes [X] No

If "No," sign and submit the form. If "Yes," respond to the following:

a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, sub-members, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any later event occurs that could affect the court's jurisdiction under § 1332(a)):[1]

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

    /s/ John E. W. Baay II
John E.W. Baay II (LA Bar 22928)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street
Suite 4800
New Orleans, LA 70139
Tel: 504.561.0400
jbaay@glllaw.com

---

[1] Sub-members include the members of members (*i.e.*, first-tier sub-members), and the members of first-tier sub-members (*i.e.*, second-tier sub-members), the members of second-tier sub-members (*i.e.*, third-tier sub-members), and so on, until the disclosing party has identified the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.