IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

Case No. 2:23-cv-07155-BWA-DPC

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

ANNADELE, INC. d/b/a ANNADELE'S
PLANTATION,

    Defendant.

## DECLARATION OF FERNANDO BAEZ

Fernando Baez does hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am a staff member employed by CopyCat Legal PLLC, a law firm that represented plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") prior to the filing of this action and continues to assist Plaintiff's counsel in this action.

3. On September 1, 2022, I sent (via Federal Express and e-mail) one (1) infringement notice to Defendant to notify it of the impermissible use of Plaintiff's photograph of cooked lobster tails titled "LobsterTail002" (the "Work").

4. On September 19, 2022, after receiving no response from Defendant, I sent a follow-up email to Defendant. I also called Defendant, but there was no answer, so I left a voicemail.

5. On October 3, 2022, after receiving no response from Defendant, I called Defendant

again, but there was no answer, so I left another voicemail.

6. On October 27, 2022, after receiving no response from Defendant, I called Defendant again, but there was no answer, so I left another voicemail.

7. On November 2, 2022, after receiving no response from Defendant, I called Defendant again, but there was no answer, so I left another voicemail. On this date, I checked Defendant's Facebook page, which appeared to still be active and the business still open.

8. On November 17, 2022, after receiving no response from Defendant, I sent another follow-up email to Defendant.

9. On November 28, 2022, after receiving no response from Defendant, I called Defendant again. This time, I received an automated message stating that Defendant would be closed Thanksgiving weekend and would reopen Wednesday, November 30, 2022 (indicating the business was still active).

10. On December 1, 2022, after receiving no response from Defendant, I called Defendant again, but there was no answer, so I left another voicemail. I also sent another follow-up email.

11. On December 12, 2022, after receiving no response from Defendant, Mr. Baez sent Defendant another email and Federal Express wherein he indicated Plaintiff would be filing a lawsuit, given that Defendant was continuing to ignore the outreach.

12. On December 12, 2022, I received an email from "Trisha" at Defendant who stated the following:

> Before you spend any money pursuing the claim of a picture that was purportedly taken from the internet you should know that the restaurant is already cast in judgment for numerous unpaid creditors as well as for current debts that haven't yet reached that point. Please check with the online records at the 22nd Judicial District Court in St. Tammany Parish, Louisiana. If it is a judgment you want you can

2

have one. Stand in line. We have no insurance of any kind. In fact, we can't make payroll. Don't take my word for it. Verify it. Even if I had a dollar to give you (which I don't), in good conscience, I would either give it to the former employees that are holding NSF checks or to the former vendors, many of them small businesses, that were never paid for their products. Take this all for what it's worth and do as you see fit.

13. To date, no further response has been received from Defendant and/or Trisha.

14. Additionally, of note, the Work continues to remain displayed and/or published to Defendant's website, webpage, and/or social media (at https://www.facebook.com/annadelesplantation/photos/4399819490079878).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 3, 2024.

_____
Fernando Baez